IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TABITHA CLARK,<br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | Civil Action No.:<br>3:23-cv-00115-TES-MSH |

**ORDER**

THIS CAUSE is before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is **ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner of Social Security.

Upon remand, the Administrative Law Judge will be instructed to offer the claimant an opportunity for a hearing, further development the record, further evaluate the opinion evidence, further evaluate the residual functional capacity, obtain supplemental evidence from a vocational expert, and issue a new decision on the issue of disability through the date of the decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 12th day of March, 2024.

S/Tilman E. Self, III
TILMAN E. SELF, III
UNITED STATES MAGISTRATE JUDGE